IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:19-CV-80561-RLR

NAHOSHA BRAZIEL-ADAMS,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, NAHOSHA BRAZIEL-ADAMS, and Defendant, OCWEN LOAN SERVICING, LCC, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above matter with prejudice. Both parties will bear their own fees and costs.

Dated this 5th day of November, 2019.

| | |
|---|---|
| */s/Aliza Malouf* | */s/ David Mitchell* |
| Aliza Malouf, Esquire | David Mitchell, Esquire |
| Florida Bar No.: 1010546 | Florida Bar No.: 067249 |
| Hunton Andrews Kurth LLP | Maney & Gordon, P.A. |
| 1445 Ross Avenue | 101 E. Kennedy Blvd., Suite 1700 |
| Suite 3700 | Tampa, Florida  33602 |
| Dallas, Texas 75202 | Tele: (813) 221-1366 |
| Tele: (214) 979-8229 | Fax: (813) 223-5920 |
| amalouf@huntonak.com | david@mitchellconsumerlaw.com |
| Counsel for Defendant | Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ David Mitchell*
David Mitchell, Esquire
Florida Bar No.: 067249