**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:19-CV-80561-ROSENBERG/REINHART**

NAHOSHA BRAZIEL-ADAMS,

   Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

   Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice at docket entry 18. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of November, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record